**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JESSICA CROSS,

                Plaintiff,

    -vs-                                               5:08-CV-862

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

**Thomas J. McAvoy**, D.J.

**DECISION and ORDER**

    This matter was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.  In a Report-Recommendation dated May 24, 2010, Magistrate Judge Bianchini recommended that the decision of the Commissioner be affirmed.  Plaintiff has filed objections.

    When objections to a magistrate judge's Report-Recommendation are lodged, the Court reviews the record *de novo*.  See 28 U.S.C. § 636(b)(1).  After such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."  Id.  The Court may also "receive further evidence or recommit the matter to the magistrate judge

1

with instructions." Id. Thus, the Court reviews the instant matter *de novo.*

After reviewing the matter *de novo*, the Court agrees with the Report-Recommendation in its entirety. The decision of the ALJ was supported by substantial evidence, and the correct legal standard was applied.

Consequently, the Report-Recommendation is adopted in its entirety. Plaintiff's Complaint is dismissed. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge